IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OLAGUES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>EDMUND G. BROWN, JR.,<br><br>　　　　Respondent. | No. C 07-3918 JSW (PR)<br><br>**ORDER GRANTING EXTENSION AND INSTRUCTIONS TO THE CLERK**<br><br>(Docket No. 7) |

　　　　After this Court ordered Respondent to show cause, counsel has filed a motion seeking an extension of time. Good cause appearing, his request for an extension of time is partially GRANTED (docket no. 7). Respondent shall file his answer on or before forty five days from the date of this order.

　　　　The Clerk of Court is directed to terminate as Respondent, Louisiana Probation Officer Che Torquille and amend the docket to replace his name with that of the California Attorney General.

　　　　This order terminates docket no. 7.

　　　　IT IS SO ORDERED.

DATED: <u>June 29, 2010</u>

　　　　　　　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | FOR THE |
| 3 | | NORTHERN DISTRICT OF CALIFORNIA |

JOHN OLAGUES,

        Plaintiff,

 v.

CHARLES FOTI et al,

        Defendant.

Case Number: CV07-03918 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Olagues
413 Sauve Road
River Ridge, LA 70123

Dated: June 29, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk